JUSTICE RICE,
concurring.
¶28 I concur with the Court’s decision herein. The Court describes the holding in State v. Phillip Morris and offers it as supportive. Opinion, ¶ 24. However, that case had nothing to do with the issue for which it is cited, that is, which entity-the district court or the arbitrator-should decide whether the dispute is arbitrable. See Phillip Morris, ¶ 13. Thus, the holding in Phillip Morris summarized in ¶ 24, from which I dissented, is irrelevant here. The appropriate reasons for determining that the district court was the proper entity to decide the arbitrability issue are set forth in ¶ 23.1 concur with those reasons, as well as with the Court’s determination, set forth in ¶¶ 25-26, that the District Court decided the issue correctly.